JOHN NOSNER, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term for a consideration of the application upon the merits, on the ground that the court at Special Term had the power to open the default. (See *Mott* v. *Mott*, 134 App. Div. 569.) Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.